Form18-1

**Form 18**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Dalian Meisen Woodworking Co., Ltd.<br><br>                                          Plaintiff,<br><br>     v.<br><br>United States<br><br>                                          Defendant. | Court No. 20-00110<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

  Benjamin J. Bay                                              declares that (check one)

1)        TERMINATION BY AN INDIVIDUAL

✓        I am an attorney/consultant representing or retained on behalf of American Kitchen Cabinet Alliance    in this action [and on behalf of the parties indicated in the actions listed on the attached schedule].  I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s].  I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):


    _____                      _____
           [Name of proceeding]                                             [Case or investigation no.]



OR

Form18-2

2)    TERMINATION BY A FIRM

☐    I am an attorney representing _____ in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____     _____
[Name of proceeding]                                   [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Benjamin J. Bay
[Attorney or consultant]

**Schagrin Associates**

900 7th St., NW, ste. 500, Washington, DC 20001

**202-223-1700**
[Address and Telephone Number]

Date 6/28/2023

Form18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 20-00110 | Dalian Meisen Woodworking Co., Ltd. v. United States | American Kitchen Cabinet Alliance |
| 20-03837 | Bonney Forge Corporation et al v. United States | Bonney Forge Corporation |
| 21-00049 | Saha Thai Steel Pipe Public Company Limited v. United States | Wheatland Tube Company |
| 21-00081 | Blue Pipe Steel Center Co., Ltd. v. United States | Wheatland Tube Company |
| 21-00169 | Garg Tube Export LLP et al v. United States | Wheatland Tube Company |
| 21-00397 | Kumho Tire (Vietnam) Co., Ltd. v. United States | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC |
| 21-00399 | SMA Surfaces, Inc. v. United States | Cambria Company LLC |
| 21-00527 | Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi A.S. v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |
| 21-00528 | United States Steel Corporation v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |
| 21-00532 | PAO TMK v. United States | Vallourec Star, L.P. |
| 21-00533 | Nippon Steel Corporation v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |
| 21-00536 | Hyundai Steel Company v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-4

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00562 | Adisseo Espana S.A. et al v. United States | Novus International, Inc. |
| 21-00627 | Saha Thai Steel Pipe Public Company Limited v. United States | Wheatland Tube Company |
| 21-00638 | HLD Clark Steel Pipe Co., Inc. et al v. United States | Vallourec Star, L.P., Welded Tube USA Inc., and Wheatland Tube Company |
| 22-00029 | Hyundai Steel Company v. United States | SSAB Enterprises LLC |
| 22-00032 | Dongkuk Steel Mill Co., Ltd. v. United States | SSAB Enterprises LLC |
| 22-00047 | KG Dongbu Steel Co., Ltd. et al v. United States | Steel Dynamics, Inc. |
| 22-00120 | Gujarat Fluorochemicals Limited v. United States | Daikin America, Inc. |
| 22-00122 | Daikin America, Inc. v. United States | Daikin America, Inc. |
| 22-00138 | Hyundai Steel Company v. United States | Vallourec Star, L.P. and Welded Tube USA Inc. |
| 22-00139 | AJU Besteel Co., Ltd. v. United States | Vallourec Star, L.P. and Welded Tube USA Inc. |
| 22-00140 | Nexteel Co., Ltd. v. United States | Vallourec Star, L.P. and Welded Tube USA Inc. |
| 22-00143 | Husteel Co., Ltd. v. United States | Vallourec Star, L.P. and Welded Tube USA Inc. |
| 22-00160 | Wheatland Tube v. United States | Wheatland Tube Company |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-5

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 22-00229 | Qingdao Ge Rui Da Rubber Co., Ltd. v. United States | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC |
| 22-00257 | Cleveland-Cliffs Inc. v. United States | Steel Dynamics, Inc. |
| 22-00334 | Dalian Hualing Wood Co., Ltd. v. United States | American Kitchen Cabinet Alliance |
| 22-00338 | SeAH Steel Corporation v. United States | Borusan Mannesmann Pipe U.S. Inc., PTC Liberty Tubulars LLC, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA Inc. |
| 22-00343 | Tenaris Bay City, Inc. et al. v. United States | Borusan Mannesmann Pipe U.S. Inc., PTC Liberty Tubulars LLC, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA Inc. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-6

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 22-00344 | Tenaris Bay City, Inc. et al v. United States | Borusan Mannesmann Pipe U.S. Inc., PTC Liberty Tubulars LLC, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA Inc. |
| 22-0346 | TMK Group v. United States | Borusan Mannesmann Pipe U.S. Inc., PTC Liberty Tubulars LLC, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA Inc. |
| 22-00349 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | SSAB Enterprises, LLC and Steel Dynamics, Inc. |
| 22-00350 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | SSAB Enterprises, LLC and Steel Dynamics, Inc. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-7

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 22-00351 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | SSAB Enterprises, LLC and Steel Dynamics, Inc. |
| 22-00353 | BlueScope Steel, Ltd. et al v. United States | SSAB Enterprises, LLC and Steel Dynamics, Inc. |
| 22-00355 | Cleveland-Cliffs Inc. v. United States | SSAB Enterprises, LLC and Steel Dynamics, Inc. |
| 23-00002 | Tenaris Bay City, Inc. et al v. United States | Borusan Mannesmann Pipe U.S. Inc., PTC Liberty Tubulars LLC, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA Inc. |
| 23-00005 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. et al v. United States | Wheatland Tube Company |
| 23-00007 | Cambria Company LLC v. United States | Cambria Company LLC |
| 23-00019 | Arizona Tile LLC et al v. United States | Cambria Company LLC |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-8

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 23-00026 | Federation of Indian Quartz Surface Industry v. United States | Cambria Company LLC |
| 23-00029 | APB Trading, LLC et al v. United States | Cambria Company LLC |
| 23-00030 | Antique Marbonite Private Limited et al v. United States | Cambria Company LLC |
| 23-00048 | Phoenix Metal Co., Ltd. v. United States | Cast Iron Soil Pipe Institute |
| 23-00050 | Cleveland-Cliffs Inc. v. United States | SSAB Enterprises, LLC |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)