# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| **HYUNDAI STEEL COMPANY,**<br>   Plaintiff,<br> v.<br>**UNITED STATES,**<br>   Defendant,<br> and<br>**SSAB ENTERPRISES LLC AND NUCOR CORPORATION,**<br>   Defendant-Intervenors. | Before: Hon. M. Miller Baker, Judge<br><br>Court No. 22-00029 |
| **DONGKUK STEEL MILL CO., LTD.,**<br>   Plaintiff,<br> v.<br>**UNITED STATES,**<br>   Defendant,<br> and<br>**NUCOR CORPORATION,**<br>   Defendant-Intervenor. | Before: Hon. M. Miller Baker, Judge<br><br>Court No. 22-00032 |

### DEFENDANT-INTERVENOR'S NUCOR CORPORATION COMMENTS IN SUPPORT OF FINAL RESULTS IN REMAND DETERMINATION

Ct. Nos. 22-00029, 22-00032

                                              **Alan H. Price, Esq.**
                                              **Christopher B. Weld, Esq.**
                                              **Derick G. Holt, Esq.**
                                              **Paul A. Devamithran, Esq.**

                                              **WILEY REIN LLP**
                                              **2050 M Street, NW**
                                              **Washington, DC 20036**
                                              **(202) 719-7000**

                                              *Counsel to Nucor Corporation*

**September 20, 2024**

Ct. Nos. 22-00029, 22-00032

## **TABLE OF CONTENTS**

Page

I. INTRODUCTION ............................................................................................... 1
II. ARGUMENT ........................................................................................................ 1
III. CONCLUSION .................................................................................................... 1

i

Ct. Nos. 22-00029, 22-00032

## I. INTRODUCTION

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Defendant-Intervenor Nucor Corporation ("Nucor") respectfully submits these comments in support of the Department of Commerce's final results of redetermination in the 2019 administrative review of the countervailing duty order on *Certain Cut-to-Length Carbon Quality Plate from the Republic of Korea*. *See* Final Results of Redeter. Pursuant to Ct. Rem. (Apr. 16, 2024), ECF No. 70 ("Final Remand Results").

## II. ARGUMENT

Nucor agrees with and incorporates by reference the arguments set forth in the comments in support of the Final Remand Results filed by Defendant, the United States ("Defendant"). *See* Def.'s Corrected Resp. in Support of Rem. Results (Sept. 18, 2024), ECF No. 78. Nucor does not wish to address issues and arguments that are substantively different from those addressed by Defendant in its brief.

## III. CONCLUSION

For the reasons detailed in Defendant's response, Nucor respectfully requests that the Court find the Department of Commerce's

1

Ct. Nos. 22-00029, 22-00032

remand results to be supported by substantial evidence and in accordance with the law.

Respectfully submitted,

*/s/ Derick G. Holt, Esq.*

Alan H. Price, Esq.
Christopher B. Weld, Esq.
Derick G. Holt, Esq.
Paul A. Devamithran, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel for Nucor Corporation*

September 20, 2024

2

Ct. Nos. 22-00029, 22-00032

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor Nucor Corporation's Comments on Remand Results, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2016), is 175 words.

*/s/ Derick G. Holt, Esq.*
(Signature of Attorney)

Derick G. Holt
(Name of Attorney)

Nucor Corporation
(Representative Of)

September 20, 2024
(Date)
